543 A.2d 1086

**COMMONWEALTH of Pennsylvania**

v.

**Russell GARRETT, Petitioner.**

Supreme Court of Pennsylvania.

June 20, 1988.

## ORDER

Petitioner's request for allowance of appeal is granted. The order of the Superior Court is vacated, and this case is remanded to the Court of Common Pleas of Philadelphia for resentencing in light of *Commonwealth v. Sessoms,* 516 Pa. 365, 532 A.2d 775 (1987).